Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604
**Case No. 10–36912–maw**

**In re:**
Janelle Denise Pierce
173 Champion Street
Toledo, OH 43609

**Social Security No.:**
xxx–xx–9534

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ John N Graham is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** March 7, 2011      /s/ Mary Ann Whipple
Form ohnb136      United States Bankruptcy Judge